IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | NO. EP: 23-CR-02508-KC(1) |
| v. | § § | |
| ALBERTO GONZALEZ-PENA, | § § | |
| Defendant. | § | |

## MOTION TO REVOKE SUPERVISED RELEASE

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and moves the Court to revoke the supervised release of **ALBERTO GONZALEZ-PENA**, in the above entitled and numbered cause. In support of this motion the United States of America alleges violations of Supervised Release as set forth in U.S. Probation Form 12C, Petition for Warrant or Summons for Offender Under Supervision, filed in the above-entitled and numbered cause.

WHEREFORE, premises considered, the United States respectfully prays that Defendant's supervised release be revoked.

Respectfully submitted,

JAIME ESPARZA
UNITED STATES ATTORNEY

By: *Stephen Garcia*
STEPHEN G. GARCIA
Assistant U.S. Attorney
Texas Bar #07646450
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884